```
USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 6-16-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

                                              **ORDER**
                                              21-CR-110 (ALC)

        -against-

Roberto Perez Ramirez,
------------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

        The sentencing scheduled for June 25, 2021 is adjourned to **October 7, 2021** at **2:00 p.m.**

        **SO ORDERED.**

Dated: New York, New York
       June 16, 2021

                                                */s/ Andrew L. Carter, Jr.*
                                                ANDREW L. CARTER, JR.
                                                UNITED STATES DISTRICT JUDGE