**LAWRENCE M. FISHER**
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/2/21

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007
*VIA ECF*

July 1, 2021

Re: *United States v. Roberto Perez Ramirez*
21-CR-110 (ALC)

Dear Judge Carter:

As you are aware, I represent the above-named defendant who is currently at liberty on a $75,000 PRB, secured by 1 FRP, with travel restricted to SDNY & EDNY, surrender of travel documents and pre-trial supervision.

I submit this letter to request that the defendant be permitted to travel to visit his mother in Santo Domingo, Dominican Republic from July 17, 2021 until August 3, 2021.

I have discussed this travel request with AUSA Alexander Li and Pre-Trial Officer Myrna Carrington both of whom take no position on this request.

Respectfully Submitted,
/S/
LAWRENCE M. FISHER, ESQ.
Attorney for Defendant

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
7/2/21

cc: A.U.S.A. Alexander Li
    PTO Myrna Carrington