USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1/19/22**

LAW OFFICES OF
**LAWRENCE M. FISHER**
233 BROADWAY – suite 2348
NEW YORK, NEW YORK 10279

TELEPHONE (212) 226-5700
FACSIMILE (212) 226-3224
EMAIL: Fishercrimlaw@gmail.com

Honorable Andrew L. Carter, Jr.  January 18, 2022
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007
**VIA ECF**

            Re: *United States v. Roberto Perez Ramirez*
                   *21-CR-110 (ALC)*

Dear Judge Carter:

     I represent the defendant Roberto Perez Ramirez who was sentenced by Your Honor on October 7, 2021 to four months imprisonment and one year of supervised release. The defendant was ordered to surrender on January 21, 2022.

     I write to request that the defendant's surrender date be delayed for two weeks to February 4th in order for him to quarantine from family members who have COVID-19 and to ensure that he does not test positive and bring illness into the jail upon his surrender.

     I have spoken with AUSA Alexander Li who has no objection to this request.

                       Respectfully Submitted,
                              /s/
                       LAWRENCE M. FISHER

           The application is **GRANTED.**
           So Ordered.

Cc: AUSA Alexander Li

                                        1/19/22

1